IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**STUDENT LOAN MARKETING ASSOCIATION,**
**Plaintiff**

**v.**                                                                           **CIVIL NO. 03-1004(DRD)**

**NESTOR RIVERA,**
**Defendant**

| MOTION | ORDER |
|---|---|
| **Date Filed: 2/01/06**<br>**Docket # 7**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Petition to Substitute Party | **GRANTED.** The Court notes that Default Judgment was entered against the defendant on March 31, 2003 (Docket No. 6). Further, the United States of America has satisfied in full to Student Loan Marketing Association the judgment issued against the defendant Nestor Rivera, a/k/a Nestor A. Rivera, and in consideration for said payment, the Student Loan Marketing Association has issued an Assignment of Judgment authorizing the United States of America to recover the money of the judgment issued in the captioned case. Pursuant to Rule 25(c), Fed.R.Civ.P., 28 U.S.C., the Court hereby **ORDERS** the substitution of plaintiff "Student Loan Marketing Association" for the "United States of America". |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 14th day of June 2006.

                                              **S/DANIEL R. DOMINGUEZ**
                                              **DANIEL R. DOMINGUEZ**
                                              **U.S. DISTRICT JUDGE**